# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE  District of  MASSACHUSETTS

CHESTER J. CHALUPOWSKI, Jr.  2005 JAN 28  P 3:36
MALGORZATA B. CHALUPOWSKI

**SUMMONS IN A CIVIL ACTION**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN C. STEVENS, III
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY OF THE CHIEF JUSTICE OF THE
PROBATE AND FAMILY COURT OF
ESSEX COUNTY

CASE NUMBER: 05 10023 NMG

TO: (Name and address of Defendant)

JOHN C. STEVENS, III
CHIEF JUSTICE, PROBATE AND FAMILY COURT
36 Federal Street
Salem, MA 01970

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHESTER J. CHALUPOWSKI, Jr. Pro Se
MALGORZATA B. CHALUPOWSKI, Pro Se
119 Water Street, #65
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/6/05

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

January 13, 2005

I hereby certify and return that on 1/13/2005 at 12:15PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Kristin Davis, Judge Stevens Secretary, agent, person in charge at the time of service for Hon. Judge C. Stevens, at Salem Probate Court, 36 Federal Street, Salem MA . Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Copies ($5.00) Total Charges $40.70

*[signature]*

Deputy Sheriff   James St. Pierre                                                                    *Deputy Sheriff*

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                  *Signature of Server*

                                             _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.