UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -2 P 3: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

C.A. No. 05-10023-NMG

CHESTER J. CHALUPOWSKI, JR., and
MALGORZATA B. CHALUPOWSKI,

                                Plaintiffs,

v.

JOHN C. STEVENS, III, Individually and in his
official capacity as the Chief Justice of the
Probate and Family Court of Essex County,

                                Defendant.

## MOTION TO EXTEND TIME TO ANSWER
## OR OTHERWISE RESPOND TO COMPLAINT

The Defendant John C. Stevens, III, a Judge of the Massachusetts Probate and Family Court, hereby moves for an additional twenty days, or until February 21, 2005, to answer or otherwise respond to plaintiffs' complaint.[1] As grounds therefore, counsel for the Defendant states that he needs further time to analyze and respond to the allegations set forth in the complaint. Wherefore, Defendant Judge DiGangi requests that the deadline for filing a response to plaintiffs' complaint be extended until February 21, 2005.[2]

---

[1] The complaint and summons were served on January 12, 2005 and, therefore, an answer or other response would be due on February 1, 2005. Fed. R. Civ. P.12(a)(1)(A)

[2] A similar motion has been filed in Chester J. Chalupowski, Jr. et al. v. Peter C. DiGangi, Individually and in his official capacity as Associate Justice of the Probate and Family Court of Essex County, C.A. No. 05-10024-RGS.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ David Hadas
          David Hadas, BBO No. 641294
          Assistant Attorney General
          Government Bureau
          One Ashburton Place, Rm. 2019
          Boston, MA 02108-1698
          (617) 727-2200, ext. 2085

**Date: February 1, 2005**

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by-hand) on 2/1/05.

/s/ David Hadas

---