UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL DOCKET #05-10023-NMG

**CHESTER J. CHALUPOWSKI, Jr.**
**MALGORZATA B. CHALUPOWSKI**
Plaintiffs

v.

**JOHN C. STEVENS, III, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY OF THE**
**CHIEF JUSTICE OF THE PROBATE AND**
**FAMILY COURT OF ESSEX COUNTY**
Defendant

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION
## TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Plaintiffs, Chester and Malgorzata Chalupowski,

hereby put on record their opposition to Defendant's Motion

to Extend Time to Answer or Otherwise Respond to Complaint.

As grounds for their opposition, Plaintiffs state as

follows:

1. Defendant's answer was due on February 1, 2005. Not

   until that date did the Defendant file his Motion to

   Extend Time. In this way, Defendant in fact availed

   himself of additional time to prepare his answer to

   the Complaint even prior to this Court's decision

   whether allowing such additional time was justified.

1

2. Defendant has been using the additional time obtained

in this way to continue the pattern of violations

alleged in the Complaint.


WHEREFORE, Plaintiffs, Chester and Malgorzata

Chalupowski, wish to put on record their opposition to

Defendant's Motion seeking to extend the deadline for

filing his response to Plaintiffs' Complaint.


Respectfully submitted


Chester J. Chalupowski, Jr., Pro Se
Malgorzata Chalupowski, Pro Se
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


Dated: February 11, 2005


## CERTIFICATE OF SERVICE

We, Chester and Malgorzata Chalupowski, hereby certify
that on this date a true copy of the foregoing document
was served by mail upon the attorney of record for each
party.


Chester Chalupowski                    Malgorzata Chalupowski

2