```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
                              CIVIL DOCKET #05-10023-NMG
```

CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
            Plaintiffs

v.


JOHN C. STEVENS, III, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY OF THE
CHIEF JUSTICE OF THE PROBATE AND
FAMILY COURT OF ESSEX COUNTY
            Defendant



### PLAINTIFFS' INITIAL AUTOMATIC DISCLOSURES PURSUANT TO LOCAL RULE 26.2 (B)(1)

The Plaintiffs, Chester and Malgorzata Chalupowski, hereby provide their automatic disclosures pursuant to Local Rule 26.2 (B)(1). As stated in *Massachusetts Practice, Volume 46, Federal Civil Practice,* by Savery, Corso, and Harrington, Chapter 10, page 196, under Local Rule 26.2(B)(1), "[a]fter a party has made the automatic required disclosure mandated by [Fed.R.Civ.P. 26(a)(1)], that party may, absent contrary order by the judicial officer, commence further discovery without awaiting the meeting required by Fed.R.Civ.P. 26(f) and LR 16.1(b)."

1

In addition, on February 22, 2005, the Counsel for the Defendant, filed his L.R. 7.1 (A)(2) Certificate, by which he requested and, apparently, was granted the "dispensation from the ordinary duty to confer imposed by Local Rule 7.1(A)(2)."

## INITIAL DISCLOSURES

**(A) The name and, if known, address and telephone number of each individual likely to have discoverable information relevant to disputed facts.**

1. John C. Stevens, III, Chief Justice of the Essex Probate and Family Court; 36 Federal Street, Salem MA 01970. Phone (978)744 1020.

2. Peter C. DiGangi, Associate Justice of the Essex Probate and Family Court; 36 Federal Street, Salem MA 01970. Phone (978) 744 1020.

3. Joseph P. Corona, attorney at law, 265 Essex Street, Salem MA 01970. Phone (978)744 8851.

4. Sharon D. Meyers, attorney at law, 30 Federal Street, Salem, MA 01970. Phone (978)745 0575.

5. John D. Welch, attorney at law, 30 Federal Street, Salem, MA 01970. Phone (978)745 0575.

6. Karl F. Stammen, attorney at law, 137 South Street, Boston, MA. Phone (617) 227 8050.

7. James R. Tewhey, attorney at law, 19 North Street, Salem, MA 01970. Phone (978)741 2255.

8. David Stasio, attorney at law, 80 Jefferson Street, Winthrop, MA 02152. Phone (617)529 8692.

9. Debra Bystrom, Court Clerk, Salem Probate and Family Court, 36 Federal Street, Salem, MA 01970. Phone (978)744 1020.

10. Pamela Casey-O'Brien, Registrar, Essex Probate and Family Court, 36 Federal Street, Salem, Ma 01970. Phone (978)744 1020.

**(B)  Documents.**

Plaintiffs intend to introduce as evidence the entire court file maintained by the Probate and Family Court in Salem as well as the relevant files maintained by the Appeals Court. The set includes but is not limited to the files of the cases bearing the following docket numbers: Essex Probate Court - 94P-314, 00E-0126-GC1, 00E-0127-GC1, GC2, 01E-0005-GC1, 96D-2519-DV1, and 00RO424-AB1; Appeals Court - 2002-J-57, 2003-P-205, 2003-J-73, 2003-P-217, 2003-P-0592. The originals are in possession of the Probate and Family Court in Salem MA, and Appeals Court in Boston. Plaintiffs are in possession of true copies of the estimated 90-95% of the originals.

**(C) Damages.**

As stated in the Plaintiffs' Verified Complaint, Plaintiffs suffered damages as a result of Defendant's conduct, the damages can fairly be traced to the Defendant's conduct, and the injury is likely to be redressed by a favorable decision from this Court. The remedy sought - the voidance of all orders and judgments issued by the Defendant and/or subordinate justices of the Essex Probate and Family Court, if granted, will result in a substantial recovery of the assets wrongfully attached, distributed or otherwise taken over by the third parties as a direct result of Defendant's actions taken outside of his jurisdiction.

Respectfully submitted Pro Se

Chester J. Chalupowski
Malgorzata Chalupowski
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


Dated: May 10, 2005


**CERTIFICATE OF SERVICE**

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing document was served on the Counsel for Defendant.

Chester Chalupowski                    Malgorzata Chalupowski

4