UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET #2005-10023-NMG

CHESTER J. CHALUPOWSKI, Jr.
et al.

v.

JOHN C. STEVENS, III

### PLAINTIFFS' AFFIDAVIT IN SUPPORT OF THEIR MOTION FOR FINDING OF CONTEMPT AND SANCTIONS AGAINST SHARON D. MEYERS

The Plaintiffs, Chester and Malgorzata Chalupowski, hereby certify that they incurred the following costs and expenses due to witness,' Sharon D. Meyers,' failure to appear for her deposition.

| | |
|---|---|
| Subpoena | $ 85.20 |
| Court Reporter | $150.00 |
| Plaintiffs' time | $500.00 |
| **Total** | **$735.20** |

Attached hereto as exhibits are the following:

a. Essex County Sheriff's Department Invoice

b. Copley Court Reporters, Inc. Invoice

c. Transcript documenting witness' failure to appear

Signed on May 17, 2005 under the penalties of perjury:

Chester J. Chalupowski            Malgorzata Chalupowski



## Essex County Sheriff's Department
### Division of Civil Process

POST OFFICE BOX 2019
36 FEDERAL STREET
SALEM, MASSACHUSETTS 01970



Frank G. Cousins, Jr.,
Sheriff
Richard J. Roaf, Jr.
Director
Robyn M. Clarke,
Office Manager

TELEPHONE:
(978) 750-1900, ext. 3590
Fax: (978) 741-2585
**PLEASE REMIT TO:**
**P.O. BOX 2019**
**SALEM, MA 01970**

Phone: (978) 921-4945

Chester J. Chalupowski
119 Water Street
Apt #65
Beverly, MA 01915-915-

Amount Due:
Invoice #:      05009238
Invoice Date:   $ 6.40
                05/10/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

---

## Payment Due Upon Receipt

Writ: deposition subpoena

Please send a copy of this invoice with your remittance

vs.
**Chalupowski**

Invoice #:      05009238
Invoice Date:   05/10/2005

John C. Stevens, III

Serve:  Sharon D. Meyers
        30 Federal Street
        Salem, MA 01970

Served by Deputy Sheriff James St. Pierre 940
Service Date: 05/06/200:  Time:1:55AM

Method of Service:   In Hand

| Charge | Amount |
|---|---|
| Basic Service Fee | 30.00 |
| Travel | 9.60 |
| Copies | 5.00 |
| Conveyance | 1.50 |
| Postage and Handling | 1.00 |
| Witness Fee | 44.50 |
| **Total Charges** | **91.60** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 05/05/2005 | 116 | 85.20 |
| **Payment Total** | | **85.20** |

Amount Due:   $ 6.40

ESSEX COUNTY SHERIFF'S DEPARTMENT • PROCESS OFFICE • (978) 750-1900, Ext. 3590

(c) 2003 SoftCode, Inc.    \\boffice\civilserve\reports\MA_Essex_Invoice_SQL.rpt



# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

101 Tremont Street
Boston, Massachusetts 02108
Phone: 617.423.5841
Fax: 617.423.0005

BILL TO: Malgorzata Chalupowski

DATE: 5/17/05

INVOICE. NO.:

Services of Steno:   150.00

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention