UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Docket: 05-10023-NMG


CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
                    Plaintiffs



v.



JOHN C. STEVENS, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
CHIEF JUSTICE OF THE PROBATE
AND FAMILY COURT OF ESSEX COUNTY
                    Defendant

FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK


NOTICE OF APPEAL


    Notice is hereby given that Chester and Malgorzata

Chalupowski, Plaintiffs in the above named case, hereby

appeal to the United States Court of Appeals for the First

Circuit from the Order entered in this action on the 13th

day of June 2005.


    Chester J. Chalupowski, Jr. Pro Se
    Malgorzata B. Chalupowski, Pro Se
    119 Water Street, #65
    Beverly, MA 01915
    (978) 921 4945



    June 15, 2005

## CERTIFICATE OF SERVICE

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing Notice of Appeal was served upon Counsel for Defendant by first class mail, postage prepaid.

Att. David Hadas
Assistant Attorney General
Office of Attorney General
One Ashburton Place, Room 2019
Boston, MA 02208

Chester J. Chalupowski, Jr.          Malgorzata Chalupowski

June 15, 2005