## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10023

Chester J. Chalupowski, Jr., et al

v.

John C. Stevens, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 20, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/20/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10023-NMG

Chalupowski et al v. Stevens  
Assigned to: Judge Nathaniel M. Gorton  
Related Case: 1:05-cv-11138-GAO  
Cause: 42:1983 Civil Rights Act  

Date Filed: 01/05/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

### Plaintiff

**Chester J. Chalupowski, Jr.**   represented by   **Chester J. Chalupowski, Jr.**

PRO SE

### Plaintiff

**Malgorzata B. Chalupowski**   represented by   **Malgorzata B. Chalupowski**

115 Water Street  
#65  
Beverly, MA 01915  
978-921-4945  
PRO SE

V.

### Defendant

**John C. Stevens, III**  
*Individually and in his Official Capacity of the Chief Justice of the Probate and Family Court of Essex County*

represented by **David Hadas**  
Massachusetts Attorney General's Office  
One Ashburton Place  
McCormack Building, 20th floor  
Boston, MA 02108-1598

617-727-2200
Fax: 617-727-5785
Email:
david.hadas@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | COMPLAINT against John C. Stevens, III Filing fee: $ 150, receipt number 61251, filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(Barrette, Mark) Additional attachment(s) added on 1/11/2005 (Barrette, Mark). (Entered: 01/10/2005) |
| 01/05/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Barrette, Mark) (Entered: 01/10/2005) |
| 01/05/2005 |  | Summons Issued as to John C. Stevens, III. (Barrette, Mark) (Entered: 01/10/2005) |
| 01/28/2005 | 2 | SUMMONS Returned Executed John C. Stevens, III served on 1/13/2005, answer due 2/2/2005. (Barrette, Mark) (Entered: 02/04/2005) |
| 02/02/2005 | 3 | NOTICE of Appearance by David Hadas on behalf of John C. Stevens, III (Barrette, Mark) (Entered: 02/07/2005) |
| 02/02/2005 | 4 | MOTION for Extension of Time to 2/21/2005 to File Answer re 1 Complaint, by John C. Stevens, III. (Barrette, Mark) (Entered: 02/07/2005) |
| 02/02/2005 | 5 | MOTION for Order of Consolidation by John C. Stevens, III.(Barrette, Mark) (Entered: 02/07/2005) |

| | | |
|---|---|---|
| 02/11/2005 | 6 | Opposition re 4 MOTION for Extension of Time to 2/21/2005 to File Answer re 1 Complaint, filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Barrette, Mark) (Entered: 02/15/2005) |
| 02/11/2005 | 7 | Opposition re 5 MOTION for Order of Consolidation filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Barrette, Mark) (Entered: 02/15/2005) |
| 02/22/2005 | 8 | MOTION to Dismiss by John C. Stevens, III.(Barrette, Mark) (Entered: 02/25/2005) |
| 03/09/2005 | 9 | Opposition re 8 MOTION to Dismiss filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Exhibits 1-6)(Barrette, Mark) (Entered: 03/15/2005) |
| 05/11/2005 | 10 | Document disclosure pursuant to Local Rule 26.2 (B)(1) by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski.(Elefther, Elizabeth) (Entered: 05/13/2005) |
| 05/13/2005 | 11 | MOTION for Protective Order Quashing and/or staying all discovery pursuant to rule 26 (c) of the federal rules of civil procedure (expedited determination requested.) by John C. Stevens, III. (Attachments: # 1 Exhibit a# 2 Exhibit B# 3 Exhibit C)(Elefther, Elizabeth) (Entered: 05/16/2005) |
| 05/16/2005 | 12 | MEMORANDUM in Opposition re 11 MOTION for Protective Order Quashing and/or staying all discovery filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Exhibit a# 2 Exhibit B)(Elefther, Elizabeth) (Entered: 05/16/2005) |
| 05/17/2005 | 13 | MOTION for Contempt and MOTION for Sanctions against Sharon D. Meyers by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Exhibit Notice of taking Deposition, Record of Deposition not scanned, see file)(Elefther, Elizabeth) |

| | | |
|---|---|---|
| | | (Entered: 05/19/2005) |
| 05/17/2005 | 14 | AFFIDAVIT of Chester J Chalupowski and Malgorzata Chalupowski in Support re 13 MOTION for Contempt and MOTION for Sanctions against Sharon D Meyers filed by Chester J. Chalupowski, Jr, and Malgorzata B. Chalupowski. (Elefther, Elizabeth) (Entered: 05/19/2005) |
| 06/13/2005 | 15 | Judge Nathaniel M. Gorton : ORDER entered granting 8 Motion to Dismiss (Elefther, Elizabeth) (Entered: 06/13/2005) |
| 06/13/2005 | | Civil Case Terminated. (Elefther, Elizabeth) (Entered: 06/13/2005) |
| 06/17/2005 | 16 | NOTICE OF APPEAL as to 15 Order on Motion to Dismiss by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. $ 255, receipt number 65085 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2005. (Elefther, Elizabeth) (Entered: 06/17/2005) |