# United States Court of Appeals
## For the First Circuit

---

No. 05-1926

**MANDATE**

CHESTER J. CHALUPOWSKI, JR. ET AL.,

Plaintiffs, Appellants,

v.

JOHN C. STEVENS, III, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE CHIEF JUSTICE OF PROBATE
AND FAMILY COURT OF ESSEX COUNTY,

Defendant, Appellee.

---

**JUDGMENT**

Entered: December 13, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 1/17/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Chalupowski, Ms. Chalupowski & Mr. Hadas.]